# EXHIBIT A

**YOUNG WELLS WILLIAMS P.A.**
Attorneys at Law



YOUNGWELLS

Post Office Box 6005
Ridgeland, Mississippi 39158-6005
141 Township Ave., Ste. 300
Ridgeland, Mississippi 39157
Telephone 601.948.6100
Fax 601.355.6136
www.youngwells.com

J. Wesley Daughdrill, Jr.
Sean Wesley Ellis*†
Kenneth D. Farmer+
Stephen E. Gardner
Don H. Goode
Jay M. Kilpatrick*
Frank E. McRae, III*
James H. Neeld, IV
J. Andrew Payne
Robert E. Sanders
Matthew T. Virari
Robert L. Wells
E. Stephen Williams

Of Counsel
James H. Neeld, III
James Leon Young

J. Will Young (1906-1996)

Tony Carlisle
Administrator

August 27, 2014

WENDY MCWILLIAMS
415 NORTH UTICA ST.
TERRY MS 39170

RE: ADVANCED RECOVERY SYSTEMS, INC. Indebtedness

To WENDY MCWILLIAMS:

Your account with ADVANCED RECOVERY SYSTEMS, INC., has been turned over to this office for collection. The amount you owe is $2,166.80.

**UNLESS YOU DISPUTE THE VALIDITY OF THE DEBT WITHIN THIRTY (30) DAYS FROM THE RECEIPT OF THIS NOTICE, THE DEBT WILL BE PRESUMED TO BE VALID.**

**IF YOU NOTIFY US WITHIN THIRTY (30) DAYS THAT THE DEBT OR ANY PORTION OF IT IS DISPUTED, WE WILL MAIL VERIFICATION OF THE DEBT TO YOU.**

**ALSO, UPON YOUR REQUEST WE WILL PROVIDE YOU THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF THE ORIGINAL CREDITOR IS DIFFERENT FROM THE CURRENT ONE.**

**THIS LETTER IS FROM A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

You MUST send your payment to me at the address below to avoid the possibility of being sued. To discuss payment arrangements please call 601-948-6100.

If there are any questions, please contact me at the number below.

Sincerely yours,

Frank E. McRae III

Also admitted in:
* Alabama
+ Florida
† Georgia